UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**U.S. ALL STAR FEDERATION, INC.,**

   **Plaintiff,**

v.              **Case No: 6:21-cv-2135-WWB-DCI**

**OPEN CHEER & DANCE**
**CHAMPIONSHIP SERIES, LLC, THE**
**OPEN CHEER AND DANCE, LLC,**
**DAVID OWENS, HEIDI WEBER, JEB**
**HARRIS and DAVID HANBERY,**

   **Defendants.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **Defendants' Motion for Attorney Fees and Related Nontaxable Expenses (Doc. 224)** |
| **FILED:** | **August 1, 2024** |
| **MOTION:** | **Plaintiff's Motion to Stay or Defer Ruling on Defendants' Motion for Attorney Fees and Related Nontaxable Expenses (Doc. 234)** |
| **FILED:** | **August 15, 2024** |

**THEREON** it is **ORDERED** that Defendants' Motion (Doc. 224) is **DENIED without prejudice**, and Plaintiff's Motion (Doc. 234) is **DENIED as moot**.

On July 17, 2024, the Court granted Defendants' Motion for Summary Judgment and directed the Clerk to enter judgment in Defendants' favor. Doc. 221. Judgment was entered and the case closed. Doc. 222. Defendants have since filed a Motion for Attorney Fees and Related

Nontaxable Expenses along with supporting documentation. Doc. 224 (Defendants' Motion). As to taxable costs, Defendants have filed a Proposed Bill of Costs, a Notice of Defendants' Bill of Costs, and a Declaration in Support of Defendants' Bill of Costs. Docs. 225-227.

Plaintiff has filed a Notice of Appeal regarding the Court's Judgment (Doc. 223) and moves to stay or defer ruling on Defendants' Motion pending the appeal. Doc. 233 (Plaintiff's Motion). Plaintiff argues that the Court should stay and defer ruling because the Court of Appeal's decision regarding the Court's grant of summary judgment "will likely bear on the matter of fees and costs." *Id*. Plaintiff has also filed an Objection to the Proposed Bill of Costs. Doc. 232 (the Objection).

As an initial matter, the Objection is improper. Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court permit a response to a bill of costs. *See* Fed.R.Civ.P.54(d)(1) (as to taxable costs); Local Rule 7.01 (as to attorney fees and non-taxable costs). As such, the Objection is due to be stricken.

With respect to the pending appeal, Defendants' Motion is denied without prejudice and Defendants are directed to re-file their request for entitlement to attorney fees upon resolution of the appeal by the Federal Circuit, if necessary and appropriate.

As explained by the Advisory Committee Notes to Rule 54(d)(2): "If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved." Fed. R. Civ. P. 54, Advisory Committee Notes (1993 Amendments); *see also Financial Info. Techs., LLC v. Icontrol Sys., USA, LLC*, 2020 WL 7074360, at *1 (M.D. Fla. Dec. 3, 2020) (collecting cases wherein the court denied the motion for attorney fees without prejudice and deferred judgment until after the final appellate decision).

Here, the outcome of the appeal may indeed affect entitlement to, and the amount of, attorney fees and costs. Accordingly, in the interests of efficiency and economy for both the Court and the parties, it is **ORDERED** that:

1. Plaintiff's Objection to Defendants' Proposed Bill of Costs (Doc. 232) is **STRICKEN**;

2. the **Clerk** is directed to tax costs;

3. the time to file a motion for review of Defendants' Bill of Costs pursuant to Rule 54 is hereby **STAYED**. Plaintiff may file a motion for review of Defendants' Bill of Costs within 21 days after the pending appeal is resolved by the issuance of an appellate mandate, dismissal, or otherwise. Failure to file a motion for review within the allotted time, absent a court-authorized extension granted prior to the expiration of that time, may result in the denial of any subsequent motion seeking a review of Defendants' Bill of Costs;

4. Defendants' Motion (Doc. 224) is **DENIED without prejudice**;

5. Defendants may file their motion for entitlement to attorney fees and non-taxable costs within 21 days after the pending appeal is resolved by the issuance of an appellate mandate, dismissal, or otherwise. Failure to file a motion for entitlement to attorney fees and non-taxable costs within the allotted time, absent a court-authorized extension granted prior to the expiration of that time, may result in the denial of any subsequent motion seeking an award of attorney fees and non-taxable costs; and

6. Plaintiff's Motion (Doc. 234) is **DENIED as moot**.

**ORDERED** in Orlando, Florida on August 22, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE